WILLIAM M. LEVY, Respondent, *v.* PETER LAFOUNTAIN et al.,
Appellants.

*Levy* v. *Lafountain,* 81 App. Div. 636, affirmed.
(Argued February 24, 1904; decided March 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 20, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*S. L. Wheeler* for appellants.

*John B. Riley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.

---

HARRIET HADDOCK, Respondent, *v.* JOHN W. HADDOCK, Appellant.

*Haddock* v. *Haddock,* 76 App. Div. 620, affirmed.
(Submitted February 26, 1904; decided March 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Charles W. Fuller* and *William H. Willits* for appellant.

*Henry B. B. Stapler* and *William T. Tomlinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J.; GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.